IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEVIN BROWN,**
    et al.,

    Plaintiffs,

vs.

**DUNGARVIN OHIO, INC.,**

    Defendant.

Case No. C2-03-946
and C2-03-979
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

## ORDER

Because these cases have been consolidated, for purposes of docket administration, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the latter filed case, Case No. C2-03-979. The parties are directed to file all documents and motions in Case No. C2-03-946 only.

As set forth on the record during a telephone conference on March 30, 2007, the parties have agreed to stay these consolidated matters pending resolution of *Coke v. Long Island Care at Home Ltd. v. Coke*, 462 F.3d 48 (2d Cir. 2006), *cert. granted*, 127 S.Ct. 853 (2007). Once the decision from the Supreme Court is announced, the Court will schedule a status conference. Accordingly, Case No. 03-946 hereby **ADMINISTRATIVELY STAYED**, subject to reopening following resolution of *Coke*.

IT IS SO ORDERED.

3-30-2007
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**