IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN BROWN, et al., | : | |
| Plaintiffs, | : | Case No. 2:03-cv-946<br>Case No. 2:03-cv-979 |
| v. | : | Judge Sargus |
| DUNGARVIN OHIO, INC., | : | Magistrate Judge Abel |
| Defendant, | : | |
| LEON BROU, et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| DUNGARVIN OHIO, INC., et al., | : | |
| Defendants. | : | |

## **ORDER**

This matter came before the Court on the parties' July 18, 2007 Amended Joint Motion to Dismiss with Prejudice Seventy-one Opt-In Class Members.

The following opt-in class members are dismissed from this action with prejudice:

David Allen, Christina Basil, James Bell, Sigismond Benjamin, Talia Bohanan, Tamara Bokor, Carolyn Brown, Shannon Cantrell, Rosalee Carl, Elliott Carr, Lela Chandler-Curtis, Karen Cole, Julie Conley, James Conteh, Lora Daniels, Carl Evans, Sharon Foor, Evelyn Gibson, James Glasco, Benjamin Harold, Aaron Hopp, William Hoyt, Ryan Hudson, Debra Hughes, Lisa Jenkins, John Johnson, Vanessa Jones, Alex Kabo, Mirriam Kabo, Moses Kanu, Bonita Leslie-Pegram, Jason McCreary, Rexze

Mbouge, David Moore, Mark Moxley, Michelle Moxley, Allen Mutiganzi, Charley Nelson, Ameca Newlun, Lesong Oliver, Krista Ravengael, Aaron Ray, Christine Rinehart, Jennifer Rinehart, Jacquelyn Rinehart, Ebony Robinson, Valeria Rogers, Kathleen Rummer, Amy Senften, Nadiyah Shakir, Charlene Shoveler, Althea Smith, William Smith, Michael Sparrow, James Stevens, Melvin Steward, Classie Suber, Gwen Suber, Marcia Thacker, Abu Thunrunka, Valerie Williams, Christopher Woods, Carla Yost, Jason Kiernan, Jeffrey Daniels, Marva Duhaney, Michael Scheck, Yumiko Gilbert, Margaret Hemphill, Robbie Jackson and Henry Smith.

7-19-2007
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE