IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN BROWN,
    et al.,

        Plaintiffs,

                          Case No. C2-03-946 and C2-03-979

vs.                              Judge Edmund A. Sargus, Jr.
                              Magistrate Judge Mark R. Abel

DUNGARVIN OHIO, INC.,
    et al.,

        Defendants.

## ORDER

This matter is before the Court for consideration of the Application for Attorney's Fees and Expense Reimbursement by Counsel for Plaintiff Leon Brou and the Plaintiff Class. For the reasons set forth below, and during the Fairness Hearing in this matter, the Court **GRANTS** the Application and **ORDERS** attorneys' fees and expenses in the amount of **$15,000.00.**

Under the terms of the proposed settlement, Defendants agreed to pay to the Class Plaintiffs as a group Forty-Five Thousand Dollars ($45,000.00) ("Settlement Fund"), inclusive of all attorney fees, expenses, and costs. Under the terms of the settlement, Thirty Thousand Dollars ($30,000.00) has been directed to individual members of the Class Plaintiffs and Fifteen Thousand Dollars ($15,000) to Charles McKinney and the Equal Justice Foundation, as counsel for the Class Plaintiffs, as attorney fees and expenses. In the Stipulation and Settlement, Defendants agreed not to dispute or oppose the instant Application for fees and expenses to the extent that the attorneys fees and expenses do not exceed $15,000.00; and such fees and expenses are substantiated by documentation from Plaintiffs' counsel. Defendant has filed no objection to the Application.

At the conclusion of the Fairness Hearing, the Court approved the proposed Stipulation and Settlement. The Court noted the complexity of this case, and the skill and professionalism of the attorneys who represented the class during the duration of this litigation. The Court has reviewed the billing statements in support of the Application, and notes the extensive efforts expended by counsel during the investigation, discovery and motion drafting stages of this case. Pursuant to 29 U.S.C. § 216, the Court finds that the requested fees and expenses are reasonable and that the documentation is sufficient to support the Application.

**IT IS SO ORDERED.**

10-16-2007
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**